**Opinion issued September 30, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00219-CV

———————————

**ANNE MORELAND, Appellant**

**V.**

**SURI DORAI, Appellee**

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 11DCV190567**

---

**MEMORANDUM OPINION**

Appellant, Anne Moreland, has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). After being notified that this appeal was subject to dismissal, appellant

did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.


**PER CURIAM**


Panel consists of Chief Justice Radack and Justices Jennings and Keyes.